LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650-614-7400
Facsimile: 650-614-7401

ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
alivingston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

JINNIFER PITCHER (STATE BAR NO. 252880)
jpitcher@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
Morgan Stanley Smith Barney LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 3:18-cv-02835<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMNET CONFERENCE** |

Plaintiff Brandon Harvey and Defendant Morgan Stanley Smith Barney LLC (together, the "*Harvey* Parties") hereby submit the following Joint Stipulation and Proposed Order requesting that the Court continue the case management conference currently scheduled for April 23, 2019 to the date of the hearing on the forthcoming motion for preliminary approval of the class action settlement in this matter.

1. As the Court is aware, Harvey and Morgan Stanley reached a settlement in principal that will resolve all claims before this Court and which Morgan Stanley believes will also resolve the claims at issue in the case of *Chen et al. v. Morgan Stanley Smith Barney LLC*, currently pending in the Orange County Superior Court of California. In response, on January 18, 2019, Judge William Claster of the Orange County Superior Court stayed the *Chen* case pending this Court's review of the *Harvey* Parties' settlement.

2. On January 23, 2019, the *Chen* Plaintiffs filed a motion to intervene in this action. On February 27, 2019, this Court heard the *Chen* Plaintiffs' motion to intervene and, ultimately, deferred ruling on the motion until after it reviews the settlement agreement in connection with in the planned motion for preliminary approval.

3. Also at the February 27, 2019 hearing, the Court encouraged the *Harvey* Parties and the *Chen* Plaintiffs to further explore a global resolution that would include the *Chen* Plaintiffs. In accordance with the Court's comments, after the intervention hearing, all parties again engaged in settlement discussions to see if a resolution involving the *Chen* Plaintiffs could reasonably be reached. Counsel for Harvey and counsel for *Chen* Plaintiffs had a discussion about potential settlement minutes after the intervention hearing ended. Morgan Stanley was supportive of this dialogue. In addition, the parties discussed settlement with Mark Rudy, the mediator in this case in 2016 and whom the parties re-engaged in 2019. The parties also had multiple communications with mediator Tripper Ortman, who mediated the *Harvey* settlement and attempted a global resolution of this case, including with the *Chen* Plaintiffs, in January 2019. Morgan Stanley understands that the *Chen* Plaintiffs had additional discussions with Mr. Ortman as well. These various settlement discussions continued throughout the month of March.

///

4. Ultimately, the parties' discussions ended without a global settlement that included the *Chen* Plaintiffs. The parties' efforts to reach a global settlement concluded on Friday, March 29, 2019.

5. After the parties ended negotiations to reach a global settlement including the *Chen* Plaintiffs, Harvey and Morgan Stanley have been working to finalize the terms of the settlement and accompanying notices of class action settlement in this case, and to prepare a motion for preliminary approval of the settlement that addresses the points that the Court raised at the hearing on *Chen* Plaintiffs' motion to intervene. The parties expect to finalize and execute the settlement agreement shortly. Thereafter, Harvey will file his motion for preliminary approval.

6. On April 12, 2019, Morgan Stanley and the *Chen* Plaintiffs appeared for a case management conference before Judge Claster in Orange County Superior Court. Judge Claster, once again, stated that the *Chen* case will remain stayed pending this Court's ruling on the motion for preliminary approval of class action settlement.

7. Based on the foregoing, the *Harvey* Parties request that the Court continue the case management conference scheduled for April 23, 2019, until the date and time of the hearing on the motion for preliminary approval of the settlement agreement, which Plaintiff expects to notice for June 12, 2019 based on the availability of counsel for the *Chen* Plaintiffs.

Accordingly, the parties hereby STIPULATE AND AGREE as follows:

1. The case management conference scheduled for April 23, 2019, at 2 p.m. shall be continued to the date and time of the Court's hearing on the Motion for Preliminary Approval of the Settlement Agreement, or to another date thereafter selected by the Court.

2. The case management statement for the next case management conference shall be due one week before the continued case management conference.

IT IS SO STIPULATED.

///

///

///

///

| | |
|---|---|
| Dated: April 16, 2019 | LYNNE C. HERMLE<br>ANDREW R. LIVINGSTON<br>JINNIFER PITCHER<br>Orrick, Herrington & Sutcliffe LLP |
| | By: */s/ Andrew R. Livingston*<br>ANDREW R. LIVINGSTON<br>Attorneys for Defendant |
| Dated: April 16, 2019 | EDWARD J. WYNNE<br>Wynne Law Firm |
| | By: */s/ Edward J. Wynne*<br>EDWARD J. WYNNE<br>Attorneys for Plaintiff |

**Attestation re Electronic Signatures**

I, Andrew Livingston, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: April 16, 2019. | By:  */s/ Andrew R. Livingston*<br>Andrew R. Livingston |

**[PROPOSED] ORDER**

Pursuant to the stipulation of Plaintiff Brandon Harvey and Defendant Morgan Stanley Smith Barney LLC, and good cause appearing, it is ordered that the Case Management Conference scheduled for April 23, 2019, at 2:00 p.m. in Courtroom 02, 17th Floor shall be continued to the date and time of the hearing on the forthcoming motion for preliminary approval, which the parties currently intend to set for hearing on June 12, 2019.  The Case Management Statement shall be due one week before the date of the case management conference and hearing on the motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: April 18, 2019        By: _____
                                 Hon. William H. Orrick
                                 United States District Court Judge