| | |
|---|---|
| EDWARD J. WYNNE (165819) | DAVID S. MARKUN (108067) |
| ewynne@wynnelawfirm.com | dmarkun@mzclaw.com |
| WYNNE LAW FIRM | JEFFREY K. COMPTON (142969) |
| Wood Island | jcompton@mzclaw.com |
| 80 E. Sir Francis Drake Boulevard, Suite 3G | MARKUN ZUSMAN FRENIERE & |
| Larkspur, CA 94939 | COMPTON LLP |
| Telephone:    (415) 461-6400 | 17383 Sunset Boulevard, Suite A380 |
| Facsimile:    (415) 461-3900 | Pacific Palisades, CA 90272 |
| | Telephone:    (310) 454-5900 |
| | Facsimile:    (310) 454-5970 |

JAMES F. CLAPP (145814)
jclapp@clapplegal.com
MARITA MURPHY LAUINGER (199242)
mlauinger@clapplegal.com
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, California 92011
Telephone:    (760) 209-6565 ext. 101
Facsimile:    (760) 209-6565

Attorneys for Plaintiff
Brandon Harvey

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDON HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 3:18-cv-02835 WHO<br><br>**DECLARATION OF JAMES F. CLAPP IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. William H. Orrick<br>Date:    June 12, 2019<br>Time:   2:00 p.m.<br>Courtroom: Courtroom 2, 17th Floor |

I, James F. Clapp, declare:

1. I am an attorney licensed to practice in the State of California and before this court and a partner at Clapp & Lauinger LLP, attorneys of record for Plaintiff Brandon Harvey. I have personal knowledge of the following facts and if called upon as a witness would testify as follows:

2. I graduated from Northwestern University School of Law and was admitted to the California bar in 1990. After practicing at Gray Cary Ware & Freidenrich for five years, I co-founded Dostart Clapp & Coveney, LLP, where I chaired the firm's litigation department. In 2015, I left Dostart Clapp & Coveney LLP to form Clapp & Lauinger LLP. Since 1999, my practice has focused almost exclusively on plaintiff's employment and consumer litigation. I have served as class counsel in more than 80 certified class actions in federal and state court, including several in this District. I estimate I have personally handled approximately 15 class actions against brokerage houses seeking recovery of business expenses and unpaid wages on behalf of financial advisors.

3. My law partner, Marita M. Lauinger, obtained her J.D. degree from the University of San Diego School of Law in 1998. She attended the University of Southern California and received a B.S. in Business Administration. She earned an M.B.A. in Management from San Diego State University, and her J.D. from the University of San Diego where she previously received her Paralegal Certificate. Her legal experience includes working as a litigation attorney with Callahan, McCune & Willis LLP, Dostart Clapp & Coveney, LLP and Gordon & Rees LLP. Ms. Lauinger is currently a partner at Clapp & Lauinger LLP. She has handled all types of employment cases, including class and individual actions for both plaintiffs and defendants.

4. I have been involved in this lawsuit against Morgan Stanley Smith Barney since its inception in 2018.

5. In 2006, I served as lead class counsel in *Garett v. Morgan Stanley & Co.*, one of the first class actions ever filed challenging a brokerage firm's practices for compensating financial advisors. Like this case, *Garett* alleged Morgan Stanley's expense reimbursement

1  practices violated Cal. Lab. Code § 2802 and Wage Order 4-2001, § 8.  The "market rate" for
2  wage and hour settlements involving California financial advisors was higher than it is now.
3  *Garett* settled for $42 million on a claims-made basis, which equated to $219 per work month
4  for Financial Advisors.

5        6.    In 2008, I served as co-lead counsel in *Steinberg v. Morgan Stanley & Co., Inc.*,
6  in which I negotiated a nationwide settlement of expense reimbursement and unpaid wage claims
7  on behalf of 20,059 Morgan Stanley Financial Advisors.

8        7.    From 2004 to 2007, I was lead counsel in *Takacs v. A.G. Edwards & Sons, Inc.*,
9  which resulted in one of the leading published decisions involving compensation of financial
10 advisors. *Takacs v. A.G. Edwards & Sons, Inc*. 444 F. Supp. 2d 1100 (S.D. Cal. 2006).

11       8.    From 2009 to 2014, I litigated with Mr. Wynne *Brecher v. Citigroup, Inc.*, a class
12 action brought on behalf of Smith Barney Financial Advisors (who were subsequently hired by
13 Morgan Stanley as a result of a merger between the two companies). Morgan Stanley inherited
14 its current Alternative Flexible Grid ("AFG") program from Smith Barney.

15       9.    From 2014 to 2018, Mr. Wynne and I were co-lead counsel in *Tsyn v. Wells*
16 *Fargo Advisors LLC*, a class action litigated in this District before Magistrate Judge Laurel
17 Beeler, in which the principal claim was for reimbursement of business expenses under a plan
18 functionally identical to Morgan Stanley's AFG program.  The *Tsyn* settlement was approved
19 by Judge Beeler and served as a rough benchmark for the parties' protracted settlement
20 negotiations in this case.  Mr. Wynne and I are experienced in employment class actions in the
21 financial services industry.

22       10.    In my opinion, the proposed settlement is fair, adequate and reasonable to the
23 class members and in their best interests.

24     I declare under penalty of perjury under the laws of the State of California that the
25 foregoing is true and correct.  Executed on April 26, 2019, at San Diego, California.

26
27 *[signature]*
    James F. Clapp
28