## PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 701 Palomar Airport Road, Suite 300, Carlsbad, California 92011.

On April 26, 2019, I served true copies of the following document(s) described as

- **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL;**
- **DECLARATION OF JAMES F. CLAPP IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPPROVAL;**
- **DECLARATION OF EDWARD J. WYNNE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Andrew R. Livingston<br>alivingston@orrick.com<br>Orrick Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Attorneys for Morgan Stanley | Lynne C. Hermle<br>lchermle@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Attorneys for Morgan Stanley |
| Edward J. Wynne<br>ewynne@wynnelawfirm.com<br>George R. Nemiroff<br>gnemiroff@wynnelawfirm.com<br>WYNNE LAW FIRM<br>Wood Island<br>80 E. Sir Francis Drake Blvd., Ste. 3-G<br>Larkspur, CA 94939<br>Attorneys for Brandon Harvey | David S. Markun<br>dmarkun@mzclaw.com<br>Jeffrey K. Compton<br>jcompton@mzclaw.com<br>MARKUN ZUSMAN FRENIERE & COMPTON LLP<br>17383 Sunset Boulevard, Suite A380<br>Pacific Palisades, CA 90272<br>Attorneys for Brandon Harvey |
| Jinnifer Darlene Pitcher<br>jpitcher@orrick.com<br>Orrick Herrington Sutcliffe<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Attorneys for Morgan Stanley | Jahan C. Sagafi<br>jsagafi@outtengolden.com<br>Outten & Golden LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>jsagafi@outtengolden.com<br>Attorneys for Tracy Chen |
| Christopher M McNerney<br>mcnerney@outtengolden.com<br>Michael Scimone<br>mscimone@outtengolden.com<br>Outten & Golden LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Pro Hac Vice Attorneys for Tracy Chen | Pooja Shethji<br>pshethji@outtengolden.com<br>Outten and Golden LLP<br>601 Massachusetts Ave. NW<br>Suite 200W<br>Washington, DC 20001<br>Pro Hac Vice Attorneys for Tracy Chen |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2019, at Carlsbad, California.

_____
Teri L. Zaayer