1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025-1015
   Telephone:   650-614-7400
4  Facsimile:   650-614-7401

5  ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
   alivingston@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   415-773-5700
   Facsimile:   415-773-5759

9  JINNIFER PITCHER (STATE BAR NO. 252880)
10 jpitcher@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
11 400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
12 Telephone:   916-447-9200
   Facsimile:   916-329-4900

Attorneys for Defendant
Morgan Stanley Smith Barney LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARVEY, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>              Defendant. | Case No. 3:18-cv-02835<br><br>**JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE** |

Plaintiff Brandon Harvey and Defendant Morgan Stanley Smith Barney LLC (together, the "*Harvey* Parties") and Plaintiffs in the case of *Chen et al. v. Morgan Stanley Smith Barney LLC*, currently pending in the Orange County Superior Court of California (the "*Chen* Plaintiffs"), hereby submit the following Joint Stipulation and Proposed Order requesting that the Court set the below briefing schedule for Plaintiff Harvey's Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion").

1. On April 26, 2019, Plaintiff Harvey filed his Preliminary Approval Motion, which is noticed for a hearing on June 12, 2019.

2. In anticipation of the Preliminary Approval Motion, on February 27, 2019, the Court's Minutes state that the *Chen* Plaintiffs may file an amicus brief within two weeks after the filing of the Preliminary Approval Motion.

3. The *Harvey* Parties and the *Chen* Plaintiffs have since agreed to a mutually agreeable alternate briefing schedule for the briefs related to the Preliminary Approval Motion. Specifically, the parties request that the Court set the following briefing schedule for the Preliminary Approval Motion: (1) any opposition to or amicus brief concerning the Preliminary Approval Motion shall be filed on or before May 16, 2019; and (2) any reply brief(s) shall be filed on or before May 29, 2019.

4. All parties agree that this alternate briefing schedule will provide sufficient time for the parties to draft their briefs and prepare for the anticipated June 12, 2019 hearing on the Preliminary Approval Motion.

Accordingly, the parties hereby STIPULATE AND AGREE as follows:

1. Any opposition to or amicus brief concerning the Preliminary Approval Motion shall be filed on or before May 16, 2019.

2. Any reply to an opposition or amicus brief concerning the Preliminary Approval Motion shall be filed on or before May 29, 2019.

IT IS SO STIPULATED.

///

///

| | | |
|---|---|---|
| Dated: April 30, 2019 | | LYNNE C. HERMLE<br>ANDREW R. LIVINGSTON<br>JINNIFER PITCHER<br>Orrick, Herrington & Sutcliffe LLP |
| | | By: */s/ Andrew R. Livingston*<br>ANDREW R. LIVINGSTON<br>Attorneys for Defendant |
| Dated: April 30, 2019 | | EDWARD J. WYNNE<br>Wynne Law Firm |
| | | By: */s/ Edward J. Wynne*<br>EDWARD J. WYNNE<br>Attorneys for Plaintiff |
| Dated: April 30, 2019 | | JAHAN SAGAFI<br>Outten & Golden LLP |
| | | By: */s/ Jahan Sagafi*<br>JAHAN SAGAFI<br>Attorneys for *Chen* Plaintiffs |

**Attestation re Electronic Signatures**

I, Andrew Livingston, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 30, 2019.   By: */s/ Andrew R. Livingston*
Andrew R. Livingston

*///*

*///*

*///*

**ORDER**

Based on the Joint Stipulation Regarding the Briefing Schedule for Plaintiff Harvey's Motion for Preliminary Approval of Settlement Agreement of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is approved.

Any opposition to or amicus brief concerning Plaintiff Harvey's Preliminary Approval Motion shall be filed on or before May 16, 2019, and any reply to an opposition or amicus brief shall be filed on or before May 29, 2019.

**IT IS SO ORDERED.**

Dated: May 6, 2019            By: _____
                                  Hon. William H. Orrick
                                  United States District Court Judge