EDWARD J. WYNNE (165819)
ewynne@wynnelawfirm.com
WYNNE LAW FIRM
Wood Island
80 E. Sir Francis Drake Blvd., Ste. 3-G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

DAVID S. MARKUN (108067)
dmarkun@mzclaw.com
JEFFREY K. COMPTON (142969)
jcompton@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, CA 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

JAMES F. CLAPP (145814)
jclapp@clapplegal.com
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92011
Telephone: (760) 209-6565
Facsimile: (760) 209-6565

Attorneys for Plaintiff BRANDON HARVEY, individually
and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 3:18-cv-02835-WHO<br><br>**JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE** |

Plaintiff Brandon Harvey and Defendant Morgan Stanley Smith Barney LLC (together, the "*Harvey* Parties") and Plaintiffs in the case of *Chen et al. v. Morgan Stanley Smith Barney LLC*, currently pending in the Orange County Superior Court of California (the "*Chen* Plaintiffs"), hereby submit the following Joint Stipulation and Proposed Order requesting that the Court set the below briefing schedule for Plaintiff Harvey's Motion for Attorney Fees and Costs and Class Representative Enhancement Award (Dkt. 84) and the *Chen* Plaintiffs' Motion to Intervene (Dkt. 85) and Motion for Award of Attorneys' Fees, Costs, and Service Awards. (Dkt. 86.)

1. On November 14, 2019, Harvey filed his Motion for Attorney Fees and Costs and Class Representative Enhancement Award (Dkt. 84) with a hearing date of February 5, 2020 per the Court's September 6, 2019 order granting preliminary approval of the class action settlement. (Dkt. 76.)

2. Also on November 14, 2019, the *Chen* plaintiffs filed two motions also with hearing dates on February 5, 2010: a Motion to Intervene (Dkt. 85) and a Motion for Award of Attorneys' Fees, Costs, and Service Awards. (Dkt. 86.)

3. Pursuant to Civ. L. R. 7-3, oppositions are due two weeks from filing of any motion and replies are due one week after the filing of the opposition. Under the current schedule, oppositions are due the day after Thanksgiving, November 29, 2019, with replies due December 6, 2019.

4. The *Harvey* Parties and the *Chen* Plaintiffs have since agreed to a mutually agreeable alternate briefing schedule for the briefs related to the motions for attorney fees and motion to intervene. Specifically, the parties request that the Court set the following briefing schedule for the motions for attorneys' fees (Dkt. Nos. 84 and 86) and motion to intervene (Dkt. 85): (1) any opposition to the motions for attorneys' fees and motion to intervene shall be filed on or before Wednesday, December 18, 2019; and (2) any reply brief(s) shall be filed on or before Thursday, January 16, 2020.

5. All parties agree that this alternate briefing schedule will provide sufficient time for the parties to draft their briefs and prepare for the anticipated February 5, 2020 hearing date.

Accordingly, the parties hereby STIPULATE AND AGREE as follows:

1. Any opposition to the motions for attorneys' fees and motion to intervene shall be filed on or before Wednesday, December 18, 2019.

2. Any reply brief(s) shall be filed on or before Thursday, January 16, 2020.

IT IS SO STIPULATED.

Dated: November 18, 2019

ANDREW R. LIVINGSTON
Orrick, Herrington & Sutcliffe LLP

By: */s/ Andrew R. Livingston*
ANDREW R. LIVINGSTON
Attorneys for Defendant

Dated: November 18, 2019

EDWARD J. WYNNE
Wynne Law Firm

By: */s/ Edward J. Wynne*
EDWARD J. WYNNE
Attorneys for Plaintiff

Dated: November 18, 2019

JAHAN SAGAFI
Outten & Golden LLP

By: */s/ Jahan Sagafi*
JAHAN SAGAFI
Attorneys for *Chen* Plaintiffs

**Attestation re Electronic Signatures**

I, Edward J. Wynne, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2019                      By: */s/ Edward J. Wynne*
                                                                    Edward J. Wynne

# ORDER

Based on the Joint Stipulation Regarding the Briefing Schedule for Plaintiff Harvey's Motion for Attorney Fees and Costs and Class Representative Enhancement Award and the Chen Plaintiffs' Motion to Intervene and Motion for Award of Attorneys' Fees, Costs, and Service Awards, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is approved.

1. Any opposition to the motions for attorneys' fees and motion to intervene shall be filed on or before Wednesday, December 18, 2019.

2. Any reply brief(s) shall be filed on or before Thursday, January 16, 2020.

**IT IS SO ORDERED.**

Dated: November 22, 2019          By: _____
                                       Hon. William H. Orrick
                                       United States District Court Judge