Jahan C. Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com
Email: rsun@outtengolden.com

Michael J. Scimone (*pro hac vice*)
Christopher M. McNerney (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: mscimone@outtengolden.com
Email: cmcnerney@outtengolden.com

Laura Sullivan (Cal. Bar No. 220529)
LAW OFFICE OF LAURA SULLIVAN
423 South Estate Drive
Orange, CA 92869
Telephone: (714) 744-1522
Facsimile: (714) 744-1524
Email: laurasullivan@laurasullivanlaw.com

Mark Humenik (Cal. Bar No. 231917)
HABER POLK KABAT
423 South Estate Drive
Orange, CA 92869
Telephone: (949) 636-5754
Facsimile: (216) 241-0739
Email: mhumenik@haberpolk.com

Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW, Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
Email: pshethji@outtengolden.com

*Attorneys for Objectors Tracy Chen and Matthew Lucadano*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRANDON HARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 3:18-cv-02835-WHO<br><br>**CORRECTED** PROOF OF SERVICE<br><br>Judge: Hon. William H. Orrick |

I, LiAnne Chan, declare as follows:

I am a citizen of the United States and employed in New York, New York at Outten & Golden LLP, whose address is 685 Third Avenue, 25th Floor, New York, New York 10017. My e-mail address is lchan@outtengolden.com. I am over the age of eighteen years and not a party to the above-entitled action. I am readily familiar with this firm's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on this Proof of Service.

On December 5, 2019, I electronically served the following document(s):

- **Objectors' Administrative Motion for Leave to File Under Seal Materials Related to Objections of Tracy Chen and Matthew Lucadano;**

- **Declaration of Jahan C. Sagafi In Support of Objectors' Administrative Motion for Leave to File Under Seal Materials Related to Objections of Tracy Chen and Matthew Lucadano, and supporting Exhibits A1, A2, B1, B2, C1, C2, D, E, and F; and**

- **[Proposed] Order Re: Objectors' Administrative Motion for Leave to File Under Seal Materials Related to Objections of Tracy Chen and Matthew Lucadano.**

With service on:

Lynne C. Hermle
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650-614-7400
Fax: 650-614-7401
Email: lchermle@orrick.com

Andrew Ralston Livingston
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
Fax: 415-773-5759
Email: alivingston@orrick.com

Jinnifer Darlene Pitcher
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jpitcher@orrick.com

*Attorneys for Defendant Morgan Stanley Smith Barney LLC*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2019, in New York, New York.

*[signature]*

LiAnne Chan, Paralegal
OUTTEN & GOLDEN LLP