LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
BENJAMIN R. BUCHWALTER (STATE BAR NO. 301130)
bbuchwalter@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650-614-7400
Facsimile: 650-614-7401

ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
alivingston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

JINNIFER PITCHER (STATE BAR NO. 252880)
jpitcher@orrick.com
KATIE E. BRISCOE (STATE BAR NO. 287629)
kbriscoe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
MORGAN STANLEY SMITH BARNEY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 3:18-cv-02835 WHO<br><br>**DEFENDANT MORGAN STANLEY SMITH BARNEY LLC'S NON-OPPOSITION TO PLAINTIFF BRANDON HARVEY'S MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE ENHANCEMENT AWARD**<br><br>Judge: Hon. William H. Orrick<br>Date: February 5, 2020<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 17th Floor |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4154-2353-9489

DEFENDANT'S NON-OPPOSITION TO PLAINTIFF
HARVEY'S MOTION FOR ATTORNEYS' FEES
3:18-CV-02835 WHO

Defendant Morgan Stanley Smith Barney LLC does not oppose Plaintiff Brandon Harvey's Motion For An Award Of Attorney's Fees and Costs and Class Representative Enhancement, filed on November 14, 2019 (ECF No. 84).

Dated: December 18, 2019.

LYNNE C. HERMLE
ANDREW R. LIVINGSTON
Orrick, Herrington & Sutcliffe LLP


By: */s/ Andrew R. Livingston*
      Andrew R. Livingston
      Attorneys for Defendant
      Morgan Stanley Smith Barney LLC

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4154-2353-9489

DEFENDANT'S NON-OPPOSITION TO PLAINTIFF
HARVEY'S MOTION FOR ATTORNEYS' FEES
3:18-CV-02835 WHO