UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>　　　　　Defendant. | Case No. 18-cv-02835-WHO<br><br>**JUDGMENT** |

The Court has entered Final Approval of the parties' Class and Aggrieved Employees Settlement. Accordingly, plaintiff's and the settlement Class Members' and Aggrieved Employees' claims against defendant are hereby dismissed with prejudice, and this Judgment shall enter consistent with Federal Rule of Civil Procedure 58.

In accordance with the terms of the Settlement, the terms of which are expressly incorporated herein, the Court shall retain jurisdiction over this action and the parties for purposes of enforcing the terms of and conditions of the Settlement.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
WILLIAM H. ORRICK
United States District Judge