1  EDWARD J. WYNNE (165819)
   ewynne@wynnelawfirm.com
2  WYNNE LAW FIRM
   Wood Island
3  80 E. Sir Francis Drake Blvd., Ste. 3-G
   Larkspur, CA 94939
4  Telephone: (415) 461-6400
   Facsimile: (415) 461-3900
5

6  JAMES F. CLAPP (145814)
   jclapp@clapplegal.com
7  CLAPP & LAUINGER LLP
   701 Palomar Airport Road, Suite 300
8  Carlsbad, CA 92011
   Telephone:   (760) 209-6565
9  Facsimile:   (760) 209-6565
10

11 Attorneys for Plaintiff BRANDON
   HARVEY, individually and on behalf of
12 all others similarly situated

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16 | BRANDON HARVEY, individually and on behalf of all others similarly situated, | **Case No. 3:18-cv-02835-WHO** |
   |---|---|
   | Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUPPLEMENTAL FEES AND COSTS AND SUPPLEMENTAL BRIEF IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
   | v. | |
   | MORGAN STANLEY SMITH BARNEY LLC, | |
   | Defendant. | Date: October 11, 2023<br>Time: 2:00 p.m.<br>Court: 2<br>Hon. William H. Orrick |

3:18-cv-02835-WHO

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUPPLEMENTAL FEES AND COSTS AND
SUPPLEMENTAL BRIEF IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT

# NOTICE OF MOTION AND MOTION

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on October 11, 2023 at 2:00 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Hon. William H. Orrick, United States District Court for the Northern District of California, located at 450 Golden Gate Ave., San Francisco, California, in Courtroom 2, 17th Floor, Plaintiff Brandon Harvey will and hereby does respectfully move the court for an order granting Supplemental Fees and Costs and Final Approval of Class Action Settlement.

Plaintiff makes this motion on the grounds that the proposed settlement is fair reasonable and adequate. This Motion is based upon this Notice of Motion and Motion for Supplemental Fees and Costs, the Memorandum of Points and Authorities in Support Thereof, the Supplemental Briefing in Support of Plaintiff's Motion for Final Approval, the Declaration of Edward J. Wynne, the Declaration of James F. Clapp, the Declaration of David S. Markun, the Declaration of Sharon Howard for the Settlement Administrator KCC, Inc., the Declaration of Stephen Constance, the Declaration of Rodolfo Pinto Da Luz, oral argument of counsel, the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

Dated: September 5, 2023                                WYNNE LAW FIRM

                                                        _/s/Edward J. Wynne_
                                                        Edward J. Wynne
                                                        Class Counsel