UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HARVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>    Defendant. | Case No. 18-cv-02835-WHO<br><br>**ORDER ON SECOND MOTION FOR FINAL APPROVAL AND AWARD OF SUPPLEMENTAL ATTORNEY FEES AND COSTS**<br><br>Re: Dkt. Nos. 152, 153 |

This matter came before the Court on Plaintiffs' Second Motion for Final Approval and Approval of Supplemental Fees and Costs. Dkt. Nos. 152, 153.

Based on the evidence gathered by the parties and presented in the supplemental brief and supporting declarations (Dkt. No. 152-2, 152-6, 152-7), I reaffirm my findings on the initial motion for Final Approval regarding the propriety of certifying the settlement class and reaffirm that the settlement is fair, reasonable, and adequate.

I also find good cause to make a supplemental award of attorney fees and costs to Class Counsel, and award additional costs for the post-appeal administration. Therefore, I award Class Counsel additional attorney fees of $1,152,186 and costs of $149,982.31. I also approve an additional $67,662.20 for the Settlement Administrator.[1]

Class counsel shall file a post-distribution accounting within 21 days after the distribution of settlement funds or when settlement checks become stale, whichever is later. In addition to the information contained in the Northern District of California's Procedural Guidance for Class Action Settlements, available at https://cand.uscourts.gov/forms/procedural-guidance-for-class-

---

[1] The request to file under seal the detailed billing records submitted in support of the supplemental award of fees and costs, Dkt. No. 153 is GRANTED.

action-settlements/, the post-distribution accounting shall discuss any significant or recurring concerns communicated by class members to the settlement administrator or counsel since final approval, any other issues in settlement administration since final approval, and how any concerns or issues were resolved.

I order the Settlement Administrator to withhold 20% of the attorney's fees granted to Class Counsel and Intervenor Counsel in this and the prior Order (Dkt. No. 126) until the post-distribution accounting has been filed. Class counsel shall file a proposed order releasing the remainder of the fees when they file their post-distribution accounting.

This matter is set for a further case management conference on Tuesday April 2, 2024, with a case management statement due on March 26, 2024. The parties may request that the case management conference be continued if additional time is needed to complete the distribution. The conference will be vacated if the post-distribution accounting has been filed and the Court has released the remaining attorney's fees.

**IT IS SO ORDERED.**

Dated: October 6, 2023



William H. Orrick
United States District Judge