Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com

Michael J. Scimone (*pro hac vice*)
Christopher M. McNerney (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: mscimone@outtengolden.com
Email: cmcnerney@outtengolden.com

[Additional attorneys listed on following page]

*Attorneys for Objectors Tracy Chen and Matthew Lucadano*

Edward J. Wynne (Cal. Bar No. 165819)
WYNNE LAW FIRM
Wood Island
80 E. Sir Francis Drake Blvd., Ste. 3-G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415) 461-3900
Email: ewynne@wynnelawfirm.com

James F. Clapp (Cal. Bar No. 145814)
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92011
Telephone: (760) 209-6565
Facsimile: (760) 209-6565
Email: jclapp@clapplegal.com

*Attorneys for Plaintiff Brandon Harvey, individually and on behalf of all others similarly situated*

[Defendant's counsel listed on following page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRANDON HARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 3:18-cv-02835-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FINAL APPROVAL**<br><br>Judge: Hon. William H. Orrick<br>Date: October 11, 2023<br>Time: 2:00 p.m.<br>Room: Courtroom 2, 17th Floor |

1  Laura Sullivan (Cal. Bar No. 220529)
   LAW OFFICE OF LAURA SULLIVAN
2  423 South Estate Drive
   Orange, CA 92869
3  Telephone: (714) 744-1522
   Facsimile: (714) 744-1524
4  Email: laurasullivan@laurasullivanlaw.com

5  Mark Humenik (Cal. Bar No. 231917)
   HABER POLK KABAT
6  423 South Estate Drive
   Orange, CA 92869
7  Telephone: (949) 636-5754
   Facsimile: (216) 241-0739
8  Email: mhumenik@haberpolk.com

9  Pooja Shethji (*pro hac vice*)
   OUTTEN & GOLDEN LLP
10 1225 New York Avenue NW, Suite 1200B
   Washington, D.C. 20005
11 Telephone: (202) 847-4400
   Facsimile: (202) 847-4410
12 Email: pshethji@outtengolden.com

13 *Attorneys for Objectors Tracy Chen and Matthew Lucadano*

14 Lynne C. Hermle (State Bar No. 99779)
   lchermle@orrick.com
15 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road Menlo Park, CA 94025-1015
16 Telephone: 650-614-7400
17 Facsimile: 650-614-7401

18 Andrew R. Livingston (SBN 148646)
   alivingston@orrick.com
19 ORRICK, HERRINGTON & SUTCLIFFE LLP
20 405 Howard Street
   San Francisco, CA 94105
21 Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
22
23 Katie E. Briscoe (SBN 287629)
   kbriscoe@orrick.com
24 ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
25 Sacramento, CA 95814
   Telephone: (916) 447-9200
26 Facsimile: (916) 329-4900

27 *Attorneys for Defendant Morgan Stanley Smith Barney LLC*

28

Objectors Tracy Chen and Matthew Lucadano ("Objectors"), Plaintiff Brandon Harvey, individually and on behalf of all others similarly situated, and Defendant Morgan Stanley Smith Barney LLC, by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on June 12, 2019, Plaintiff filed a motion for preliminary approval, ECF No. 48;

WHEREAS, Objectors filed an amicus brief opposing Plaintiff's motion for preliminary approval, ECF No. 52, to which Plaintiff and Defendant responded, ECF Nos. 58, 59;

WHEREAS, on September 5, 2019, the Court granted preliminary approval of the settlement, ECF No. 76;

WHEREAS, on December 5, 2019, Objectors Tracy Chen and Matthew Lucadano objected to final approval, ECF Nos. 92 (Lucadano) & 93 (Chen);

WHEREAS, Plaintiff responded to the objections, ECF Nos. 104 (Motion to Strike Chen Objections), 105 (Final Approval Motion), 116 (Response to Lucadano's Objections), 119 (Reply to Chen's Objections); *see also* ECF Nos. 106 (Chen Opposition to Motion to Strike), 117 (Plaintiff Reply in Support of Motion to Strike);

WHEREAS, the Court granted final approval on March 3, 2020, overruling Chen and Lucadano's objections, ECF No. 126 ("Final Approval Order");

WHEREAS, on appeal, the Ninth Circuit vacated the Court's March 3, 2020 approval of the settlement without addressing Objectors' arguments regarding approval of the settlement and remanded the matter for the Court to address class members' Article III standing, *see* ECF No. 142;

WHEREAS, on September 5, 2023, Plaintiff filed a supplemental brief in support of final approval of class action settlement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN OBJECTORS AND THE PARTIES:**

1. While the Ninth Circuit vacated the Final Approval Order, the prior briefing and related settlement implementation and approval events, including issuance and completion of the class notice and objection/opt-out period under Rule 23, remain in place; and

2. The parties and Objectors recognize that any objections and responses thereto also remain in place and have been preserved and therefore need not be refiled.

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| Dated:  October 6, 2023 | Respectfully submitted, |
| By:  /s/ *Edward J. Wynne*<br>        Edward J. Wynne | By:  */s/ Jahan C. Sagafi*<br>        Jahan C. Sagafi |
| Edward J. Wynne (Cal. Bar No. 165819)<br>WYNNE LAW FIRM<br>Wood Island<br>80 E. Sir Francis Drake Blvd., Ste. 3-G<br>Larkspur, CA 94939<br>Telephone: (415) 461-6400<br>Facsimile: (415) 461-3900<br>Email: ewynne@wynnelawfirm.com | Jahan C. Sagafi (Cal. Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>Email: jsagafi@outtengolden.com |

James F. Clapp (Cal. Bar No. 145814)
CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92011
Telephone: (760) 209-6565
Facsimile: (760) 209-6565
Email: jclapp@clapplegal.com

*Attorneys for Plaintiff Brandon Harvey, individually and on behalf of all others similarly situated*

Michael J. Scimone (*pro hac vice*)
Christopher M. McNerney (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: mscimone@outtengolden.com
Email: cmcnerney@outtengolden.com

By: /s/ *Andrew R. Livingston*
    Andrew R. Livingston

Lynne C. Hermle (State Bar No. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road Menlo Park, CA 94025-1015
Telephone: 650-614-7400
Facsimile: 650-614-7401

Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
1225 New York Avenue NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
Email: pshethji@outtengolden.com

Andrew R. Livingston (SBN 148646)
alivingston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Laura Sullivan (Cal. Bar No. 220529)
LAW OFFICE OF LAURA SULLIVAN
423 South Estate Drive
Orange, CA 92869
Telephone: (714) 744-1522
Facsimile: (714) 744-1524
Email: laurasullivan@laurasullivanlaw.com

4
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FINAL APPROVAL
3:18-CV-02835-WHO

| | |
|---|---|
| Katie E. Briscoe (SBN 287629)<br>kbriscoe@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900 | Mark Humenik (Cal. Bar No. 231917)<br>HABER POLK KABAT<br>423 South Estate Drive<br>Orange, CA 92869<br>Telephone: (949) 636-5754<br>Facsimile: (216) 241-0739<br>Email: mhumenik@haberpolk.com |
| *Attorneys for Defendant Morgan Stanley Smith Barney LLC* | *Attorneys for Objectors Tracy Chen and Matthew Lucadano* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 6, 2023

_____
Hon. William H. Orrick
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

/s/ *Jahan C. Sagafi*
Jahan C. Sagafi